THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES RANDOLPH FAISON, Appellant.—

Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.